IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RELIOUS CARTER,

        Plaintiff,               No. CIV S-05-0129 LKK CMK P

    vs.

FREDERICK A. BROWN, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Defendant, Dr. Geoffrey Dunn, has requested an extension of time to file and serve a reply/objections to plaintiff's May 2, 2005 opposition to the motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendant's May 12, 2005 declaration for an extension of time is granted; and

        2. Defendant is granted thirty days from the date of this order in which to file and serve a reply/objections to plaintiff's May 2, 2005 opposition to the motion for summary judgment.

DATED: May 24, 2005.

                        CRAIG M. KELLISON
                        UNITED STATES MAGISTRATE JUDGE

cart0129.36